IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DOREEN RUPERT

)
)
)
)
)
Plaintiff(s),
)
)
v. ) Case No. CIV-22-419-JD
THE BUREAUS, INC )
)
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

__Plaintiff__, __Doreen Rupert__
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ David T. Mowdy        5/27/2022
Signature                Date

David T. Mowdy
Print Name

Riggs Abney
Firm

528 NW 12th Street
Address

Oklahoma City, OK 73103
City          State          Zip Code

(405) 843-9909
Telephone

dmowdy@riggsabney.com
Internet E-mail Address

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

REVISED 05/14/18