IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

DOREEN RUPERT )
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-419-JD
THE BUREAUS, INC )
)
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

| Plaintiff | Doreen Rupert |
|---|---|
| (Plaintiff/Defendant) | (Name of Party) |

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Criminal Cases Only:

☐ Retained or USA
☐ CJA Appointment
☐ Federal Public Defender
☐ Pro Bono
☐ CJA Training Panel

s/ Chad C. Taylor          5/27/2022
Signature                  Date

Chad C. Taylor
Print Name

Riggs Abney
Firm

528 NW 12th Street
Address

Oklahoma City, OK 73103
City            State       Zip Code

(405) 843-9909
Telephone

ctaylor@riggsabney.com
Internet E-mail Address

REVISED 05/14/18