AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| DOREEN RUPERT <br><br> Plaintiff(s), <br><br> v. <br><br> THE BUREAUS, INC. <br><br> Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. CIV-22-419-JD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The Bureaus, Inc.
Aristotle Sangalang
650 Dundee Rd STE 370
Northbrook, IL 60062

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
David T. Mowdy
Riggs, Abney, Neal, Turpen, Orbison, & Lewis
528 NW 12th Street
Oklahoma City, OK 73103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:
4:56 pm, Jun 02, 2022
CARMELITA REEDER SHINN, Clerk

By: *Nira Murphy*
Deputy Clerk

Signed and sealed by the Clerk of the Court or Deputy Clerk.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-22-419-JD

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* The Bureaus, Inc.
was received by me on *(date)* 6/2/2022 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: The summons was delivered via U.S. Certified Mail on June 6, 2022, return receipt attached.

My fees are $ 7.33 for travel and $ _____ for services, for a total of $ 7.33

I declare under penalty of perjury that this information is true.

Date: 6/27/2022

*Server's signature*

David T. Mowdy, Attorney
*Printed name and title*

Riggs, Abney, Neal, Turpen, Orbison & Lewis
528 NW 12th Street, Oklahoma City, OK 73103
*Server's address*

Additional information regarding attempted service, etc:

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOREEN RUPERT, ) | |
| ) | |
| Plaintiff, ) | Case No.: CIV-22-419-JD |
| ) | |
| v. ) | |
| ) | |
| THE BUREAUS, INC, ) | |
| ) | |
| Defendant. ) | |

**U.S. Postal Service™ CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

D. Rupert v. The Bureaus

Postmark Here: 6/3/22 JaR

Am Complaint + Summons

Postage: $7.33

Sent To: The Bureaus, Inc.
Aristotle Sangalang
650 Dundee Rd. STE 370
Northbrook, IL 60062

7020 1290 0001 0279 3887

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The Bureaus, Inc.
Aristotle Sangalang
650 Dundee Rd. STE 370
Northbrook, IL 60062

9590 9402 5246 9154 7117 42

2. Article Number (Transfer from service label)
7020 1290 0001 0279 3887

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Hllere

C. Date of Delivery: 6/6/22

D. Is delivery address different from item 1? ☐ Yes ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt