## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOREEN RUPERT,** ) | |
| ) | |
| **Plaintiff,** ) | **Case No.:** CIV-22-419-JD |
| ) | |
| **v.** ) | |
| ) | |
| **THE BUREAUS, INC,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR ENTRY OF DEFAULT

COMES NOW the Plaintiff and hereby requests the clerk enter Default against Defendant pursuant to the Federal Rules of Civil Procedure 55(a).

The Amended Complaint was filed on May 27, 2022 (Doc. 3), and the Summons was issued on June 2, 2022 (Doc. 5).

The Complaint and Summons were served on the Defendant via U.S. Certified Mail on June 6, 2022 (Doc. 6).

Defendant has failed to serve on the Plaintiff an answer to the complaint within 21 days pursuant to Federal Rules of Civil Procedure 12(a)(1)(A)(i).

WHEREFORE, Plaintiff prays this Court find Defendant to be in Default and issue an Entry of Default against Defendant.

Respectfully submitted,

RIGGS, ABNEY, NEAL, TURPEN,
 ORBISON & LEWIS P.C.

<u>s/ David T. Mowdy</u>
Chad C. Taylor, OBA No. 18308
David T. Mowdy, OBA No. 34733
528 NW 12th St
Oklahoma City, OK 73103
Telephone:   (405) 843-9909
Facsimile:   (405) 842-2913
ctaylor@riggsabney.com
dmowdy@riggsabney.com
*Attorneys for Plaintiff*