## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DOREEN RUPERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-22-00419-JD |
| | ) |
| THE BUREAUS, INC., | ) |
| | ) |
| Defendant. | ) |

### CLERK OF THE COURT'S ENTRY OF DEFAULT

Under Rule 55(a) of the Federal Rules of Civil Procedure, it appears by affidavit and from the record in this action that summons and complaint have been served upon Defendant The Bureaus, Inc. It further appears that Defendant The Bureaus Inc. has failed to plead or otherwise defend in response to this action within the period required in the Federal Rules of Civil Procedure. Defendant The Bureaus, Inc. is therefore in default.

The Clerk of Court is directed to mail a copy of this entry of default to Defendant The Bureaus, Inc. at its last known address.

Entered this 7th day of July 2022.

CARMELITA REEDER SHINN,
CLERK OF COURT
United States District Court for the
Western District of Oklahoma

By: *s/ Nyssa Vasquez*
Deputy Clerk