## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DOREEN RUPERT,** | ) |
| | ) |
| Plaintiff, | )   Case No.: CIV-22-419-JD |
| | ) |
| v. | ) |
| | ) |
| **THE BUREAUS, INC,** | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW the Plaintiff, Doreen Rupert, and dismisses the above entitled cause of action against the Defendants, with prejudice as to refiling of the same.

DATED this 19th day of August, 2022.

                                                      Respectfully submitted,

                                                      RIGGS, ABNEY, NEAL, TURPEN,
                                                       ORBISON & LEWIS P.C.

                                                      *s/ David T. Mowdy*
                                                      Chad C. Taylor, OBA No. 18308
                                                      David T. Mowdy, OBA No. 34733
                                                      528 NW 12th St
                                                      Oklahoma City, OK 73103
                                                      Telephone:   (405) 843-9909
                                                      Facsimile:    (405) 842-2913
                                                      ctaylor@riggsabney.com
                                                      dmowdy@riggsabney.com
                                                      *Attorneys for Plaintiff*

## **CERTIFICATE OF MAILING**

I hereby certify that on August 19th, 2022, I filed the attached document with the Clerk of the Court and served the attached document on the following, who are not registered participants of the ECF System.

Xerxes Martin
8750 N. Central Expressway
Northpark Central, Suite 1850
Dallas, Texas 75231
*Attorney for Defendant*

                                                *s/ David T. Mowdy*
                                                David T. Mowdy